**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE**: Ana P. Parrish | Bankruptcy No. 22-10477 |
| Debtor | Chapter 13 |

### CERTIFICATION OF SERVICE

     Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtor in the above-captioned matter; that on **June 21, 2022** pursuant to the Local Rules for Pennsylvania Eastern District Bankruptcy Court, she did mail a copy of the Second Amended Plan to all creditors on the Matrix, Clerk's Service List and any party that has entered an appearance.

     The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

S/Diana M. Dixon, Esquire<br>
Diana M. Dixon, Esquire