United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10477-mdc |
| Ana P. Parrish | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 21, 2022 | Form ID: 155 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ana P. Parrish, 3799 Jacob Stout Road, Unit 15, Doylestown, PA 18902-9722 |
| 14672246 | + | American Heritage Fed Cred Card, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14674894 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14672256 | | Wells Fargo Auto Finance, PO Box 29704, Phoenix, AZ 85038-9704 |
| 14674367 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 130000, Raleigh, NC 27605-1000 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14672247 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2022 00:22:14 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14688186 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 22 2022 00:06:00 | CCAP Auto Lease LTD, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14672248 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2022 00:11:55 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14672249 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 22 2022 00:11:51 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 14674075 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2022 00:11:51 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14682567 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2022 00:11:55 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14679290 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 22 2022 00:11:55 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14672251 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 22 2022 00:06:00 | Chrysler Capital, ATTN: Bankruptcy Dept., PO Box 961278, Fort Worth, TX 76161-0278 |
| 14672252 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 22 2022 00:06:00 | Comenity Capital Bank (BJ's), Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 14672250 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 22 2022 00:11:55 | Chase Bank, PO Box 15298, Wilmington, DE 19850 |
| 14678014 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 22 2022 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14672253 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 22 2022 00:06:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14685919 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2022 00:11:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14685820 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2022 00:11:51 | Portfolio Recovery Associates, LLC, POB 41067, |

Case 22-10477-mdc    Doc 30    Filed 07/23/22    Entered 07/24/22 00:29:15    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2022 | Form ID: 155 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 14672254 | | Email/PDF: ebnotices@pnmac.com | Jul 22 2022 00:12:01 | PennyMac Loan Services, LLC, ATN: Correspondence Unit, PO Box 950002, Fort Worth, TX 76155-9802 |
| 14678437 | + | Email/PDF: ebnotices@pnmac.com | Jul 22 2022 00:11:52 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14682469 | | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2022 00:06:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14681116 | | Email/Text: ebn_bkrt_forms@salliemae.com | Jul 22 2022 00:06:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14672821 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 22 2022 00:12:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14672255 | | Email/PDF: gecsedi@recoverycorp.com | Jul 22 2022 00:11:55 | Synchrony Bank (Sam's Club), ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14684954 | + | Email/Text: EBankruptcy@UCFS.NET | Jul 22 2022 00:06:00 | United Consumer Financial Services, 865 Bassett Road, Westlake, OH 44145-1194 |
| 14672256 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 22 2022 00:11:57 | Wells Fargo Auto Finance, PO Box 29704, Phoenix, AZ 85038-9704 |
| 14674367 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jul 22 2022 00:11:52 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 130000, Raleigh, NC 27605-1000 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 23, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DIANA M. DIXON | on behalf of Debtor Ana P. Parrish dianamdixonesq@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2022 | Form ID: 155 | Total Noticed: 26 |

United States Trustee
                  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Ana P. Parrish
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−10477−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this July 21, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                              Magdeline D. Coleman
                                              Chief Judge ,
                                              United States Bankruptcy Court

                                                                                     28 − 11
                                                                                    Form 155