# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 22-10477** |
| **Ana P. Parrish** : | **Chapter 13** |
| : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Date and Time of Hearing** |
| **Fargo Auto** : | **February 21, 2023 at 10:30 a.m.** |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Ana P. Parrish** : | |
| **Erika Parrish** : | |
| : | |
| **Kenneth E. West** | |
| **Respondents.** | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto has filed a Motion for Relief from Automatic Stay and Codebtor Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before February 10, 2023, you or your attorney must do **ALL** of the following:

   A. File an answer explaining your position at:

   **Clerk, U.S. Bankruptcy Court**
   U.S. Bankruptcy Court
   900 Market Street, Suite 400
   Philadelphia, PA, 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

   B. Mail a copy to the Creditor's attorney and the below listed:

23-001991_EJS1

Office of U.S. Trustee, Party of Interest
(Registered address)@usdoj.gov (notified by ecf)

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA  19107
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on February 21, 2023 at 10:30 a.m. in U.S. Bankruptcy Court, 900 Market Street, Suite 400, Courtroom #2, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE: 01/26/2023

23-001991_EJS1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 22-10477** |
| **Ana P. Parrish** : | **Chapter 13** |
| : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Date and Time of Hearing** |
| **Fargo Auto** : | **February 21, 2023 at 10:30 a.m.** |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Ana P. Parrish** : | |
| **Erika Parrish** : | |
| : | |
| **Kenneth E. West** | |
| **Respondents.** | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Notice of Motion for Relief from Automatic Stay and Codebtor Stay was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Office of the Chapter 13 Standing Trustee, ecfemails@ph13trustee.com

Diana M. Dixon, Attorney for Ana P. Parrish, dianamdixonesq@gmail.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Ana P. Parrish, 3799 Jacob Stout Road, Unit 15, Doylestown, PA  18902

Erika Parrish, 697 Garland St, Philadelphia, PA  19120

/s/Alyk L. Oflazian

23-001991_EJS1