# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 22-10477 |
| **Ana P. Parrish** | : Chapter 13 |
| | : Judge Magdeline D. Coleman |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : Date and Time of Hearing |
| | : February 21, 2023 at 10:30 a.m. |
| **Movant,** | : |
| vs | : Place of Hearing |
| | : U.S. Bankruptcy Court |
| **Ana P. Parrish** | : 900 Market Street, Suite 400, Courtroom #2 |
| **Erika Parrish** | : Philadelphia, PA, 19107 |
| **Kenneth E. West** | : |
| **Respondents.** | Related Document # 33 |

## ORDER OF COURT

AND NOW, to wit, this __1st__ day of _____March_____ 2023, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay and Co-Debtor Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Kenneth E. West, Chapter 13 Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA 19107, ecfemails@ph13trustee.com (notified by ecf)

Diana M. Dixon, Attorney for Debtor and/or Co-Debtor, 107 N. Broad Street, Suite 307, Doylestown, PA  18901, dianamdixonesq@gmail.com (notified by ecf)

Ana P. Parrish, Debtor and/or Co-Debtor, 3799 Jacob Stout Road, Unit 15, Doylestown, PA 18902 (notified by regular US Mail)

Erika Parrish, Debtor and/or Co-Debtor, 697 Garland St, Philadelphia, PA  19120 (notified by regular US Mail)