*Form 242* (3/23)–doc 47 – 46

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Ana P. Parrish<br><br>    Debtor(s). | Case No. 22–10477–amc<br><br>Chapter: 13 |

## NOTICE OF INACCURATE FILING

Re: Doc.# [46] Motion to Substitute Attorney

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☐ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☑ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☐ Other:

In order for this matter to proceed, please submit the above noted correction on or before November 5, 2024, otherwise, the matter will be referred to the Court.

Date: October 22, 2024

For The Court

Timothy B. McGrath
Clerk of Court