*Form 242* (3/23)–doc 49 – 48

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Ana P. Parrish ) | Case No. 22–10477–amc |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF INACCURATE FILING

Re: Doc.# [48] Motion to Substitute Attorney

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☐ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☑ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☐ Other:

In order for this matter to proceed, please submit the above noted correction on or before November 7, 2024, otherwise, the matter will be referred to the Court.

Date: October 24, 2024                                                                                  For The Court

                                                                                                                                    Timothy B. McGrath
                                                                                                                                    Clerk of Court