Certificate Number: 15317-PAE-DE-041582769

Bankruptcy Case Number: 22-10477

15317-PAE-DE-041582769

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 20, 2026, at 3:49 o'clock PM PDT, Ana Parrish completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 20, 2026

By: /s/Rose Benito

Name: Rose Benito

Title: Certified Counselor